Decided December 14, 2005

STATE OF CONNECTICUT *v.* THADDEUS TAYLOR

The defendant's petition for certification for appeal from the Appellate Court, 91 Conn. App. 788 (AC 25250), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Janet A. Reither Perrotti*, deputy assistant public defender, and *Kent Drager*, senior assistant public defender, in support of the petition.

*Melissa L. Streeto Brechlin*, assistant state's attorney, in opposition.

Decided December 14, 2005

JOLYNN WILSON *v.* ESTHER A. TROXLER ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 91 Conn. App. 864 (AC 25783), is denied.

*Thomas E. Farver*, in support of the petition.

*Ronald D. Williams, Jr.*, in opposition.

Decided December 14, 2005